WALTER L. PRATT et al., Respondents, *v.* THE CITY OF SCHENECTADY, Appellant.

*Pratt v. City of Schenectady,* 178 App. Div. 944, affirmed.

(Argued April 16, 1919; decided May 2, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1917, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury. The action was on contract to recover extra compensation due to changes and alterations in plans for the construction of a sewage disposal plant. The defense was that the extra work had not been previously authorized by written order of the engineer as required by the terms of the contract.

*John D. Miller, Corporation Counsel (Maurice B. Flinn* of counsel), for appellant.

*John    Alexander* and *William Dewey Loucks* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.